Charles Strumil, appellant, v. Roman Andruskiewicz, appellee. Gen. No. 27,343.

Judgment by confession on a promissory note set aside and leave to defend given. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923.

Jacob Schug, for appellant. Moss & King, for appellee; Walter E. Moss, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Buffalo Waste Paper Company, appellant, v. Francis Hughes, appellee. Gen. No. 27,350.

Action for the purchase price of a carload of waste paper. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John B. Crabtree, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Opinion filed January 10, 1923.

Pennish & Rashbaum, for appellant; F. D. Shobe, of counsel. William J. Lindsay, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Olive Adams Johnston et al., appellees, v. Donnel Safe Company et al., on appeal of Edward J. Bartelme, Oscar C. Hagen and Fred C. Ehman, appellants. Gen. Nos. 27,362, 27,454, 27,455.

Suit to remove a lease as a cloud upon the title to real estate. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923. Rehearing denied January 25, 1923.

Isaac S. Rothschild, for appellants. David Owen Dunbar, for appellees; Weightstill Woods, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Leona Bolduan by Amanda Bolduan, appellee, v. John H. Latsis, appellant. Gen. No. 27,375.

Action by a minor, by her next friend, for personal injuries received by slipping on the floor of defendant's store. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed January 10, 1923.

Milton O. Naramore and William Sherman Carson, for appellant. Everett Jennings and Albert Schaffner, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.